# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

BRIAN QUINTON BUTLER

Case Number: 6:05-CR-60-ORL-22DAB

USM Number: 42876-018

Andrew J. Chmelir, CJA
351 E. S.R. 434
Winter Springs, FL 32708

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers Three, Four and Five of the Superseding Petition to revoke the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Three | Failure to Work Regularly at a Lawful Occupation | September 2006 |
| Four | Positive Urinalysis, Marijuana | October 26, 2006 |
| Five | Failure to Notify the Probation Officer Within Seventy-Two Hours After Being Arrested or Questioned by a Law Enforcement Officer. | December 19, 2006 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violations of conditions One and Two of the Superseding Petition are dismissed upon motion of the Government.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

2/27/2008

_____
ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

February 29, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 Months**. The Court recommends to the Bureau of Prisons the defendant be afforded the opportunity to participate in a Drug Abuse Treatment Program.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case